**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CIVIL ACTION NO. 5:26-cv-00123**

| | |
|---|---|
| **ALLISON LERSCH,** | |
| **Plaintiff,** | |
| **v.** | **SELECTION OF MEDIATOR** |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | |
| **Defendant.** | |

Pursuant to Local Civil Rule 101.1c(a), the parties hereby submit this Selection of Mediator.  The parties agree upon and have selected the following individual to serve as mediator in this case:

Calvin B. Bennett III
The Bennett Law Firm
P O Box 90574 Raleigh, NC 27675-9574
919-844-3989
cal@bennett-law.com

The parties certify that the mediator has agreed to this selection and is being served with this Selection of Mediator via email.

This the 4th day of June, 2026.

| | |
|---|---|
| */s/ J. Michael Malone*<br>Attorney For Plaintiff<br>Hendren Redwine & Malone, PLLC<br>Email: malone@Hendrenmalone.Com | */s/Shelley R. Hebert*<br>Attorneys For Defendant<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>312-460-5000<br>Email: shebert@seyfarth.com<br><br>Alnisa S. Bell<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-218-5532<br>Email: abell@seyfarth.com<br><br>Vincent Smolczynski<br>Attorneys For Defendant<br>Seyfarth Shaw LLP<br>Email: vsmolczynski@seyfarth.com |

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following parties to this action by email addressed to:

Shelley R. Hebert
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
312-460-5000
Email: shebert@seyfarth.com

Alnisa S. Bell
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
212-218-5532
Email: abell@seyfarth.com

Vincent Smolczynski
Attorneys For Defendant
Seyfarth Shaw LLP
Email: vsmolczynski@seyfarth.com

*Attorneys for Defendant*

Calvin B. Bennett III
The Bennett Law Firm
P O Box 90574 Raleigh, NC 27675-9574
919-844-3989
cal@bennett-law.com

This the 4th day of June, 2026.

/s/ J. Michael Malone
J. Michael Malone (N.C. Bar No. 26512)
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone (919) 573-1423
Facsimile (919) 420-0475
Email: mmalone@hendrenmalone.com

3